

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00200-CV

Robert C. **SINGER**, III,
Appellant

v.

April Marie **SINGER**, Individually and as Trustee of the Singer Financial Management Trust,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03145
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we REVERSE the trial court's April 26, 2021 order denying appellant Robert C. Singer, III's motion to confirm the arbitration award, and we RENDER judgment confirming the October 20, 2020 arbitration award. We ORDER appellant April Marie Singer to pay the costs of this appeal.

SIGNED September 29, 2021.

_____
Beth Watkins, Justice